954

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

ROBERT FOLEY, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 28893.) JEANNE C. DAUDELIN, an Infant, by EDMUND DAUDELIN, Her Guardian ad Litem, et al., Appellants, v. STATE OF NEW YORK, Respondent. (Claim No. 28894.) EDMUND DAUDELIN, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 28895.) JOHN CLIFFORD, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 28896.) EDWARD J. MACDUFF, JR., Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 28946.) MARION MACDUFF, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 28947.)

Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ., concur.

In the Matter of WILLIAM C. GEER et al., Respondents, against L. C. MARSHALL et al., Constituting the Board of Assessors for the Town of Ithaca, Tompkins County, Appellants.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

In the Matter of SIDNEY W. BOWSER, Petitioner, against SPENCER E. BATES et al., Constituting the Tax Commission of the State of New York, Respondents.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.